## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Kay V. Myles and Vanessa Pruitt Ghoram, individually and on behalf of all other similarly situated Wells Fargo Bank, N.A. f/k/a Wells Fargo Home Mortgage, Inc. Mortgagees** | Civil Action |
| **Plaintiffs** | Number: 07-00698 |
| Vs. | Judge: Frank Polozola |
| **Wells Fargo Bank, N.A. f/k/a Wells Fargo Home Mortgage, Inc.** | Magistrate: Christine Nolan |
| **Defendant** | |

### FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

Now come plaintiffs, on behalf of themselves and all other similarly situated Wells Fargo Bank, N.A. f/k/a Wells Fargo Home Mortgage, Inc. mortgagees, who amend the Original Complaint for Damages and Declaratory and Injunctive Relief as follows:

I.

By amending paragraph 10 of the Original Complaint for Damages and Declaratory and Injunctive Relief to read as follows:

"10.

In the case of Vanessa Pruitt Ghoram, a Chapter 13 Plan was filed with the Bankruptcy Court and was confirmed on May 9, 2007."

WHEREFORE, plaintiffs, on behalf of themselves and all others similarly situated, reiterating all of the allegations and prayers of the Original Complaint for Damages and Declaratory and Injunctive Relief as if set forth in full herein, pray that the complaint be amended as stated herein.

Respectfully submitted,

David Hodge
PITTMAN, HOOKS DUTTON & HOLLIS, P.C.
2001 Park Place, Suite 1100
Birmingham, Alabama 35203
Telephone:   (205) 322-8880
Facsimile:   (205) 328-2711

SIMIEN & SIMIEN, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone:   (225) 932-9221
Facsimile:   (225) 932-9286

Dwayne Murray
MURRAY & MURRAY
660 North Foster Drive, Suite B-101
Baton Rouge, Louisiana 70806
Telephone:   (225) 925-1110
Facsimile:   (225) 925-1116

Mark A. Delphin
DELPHIN LAW OFFICES, A.P.L.C.
A Professional Law Corporation
626 Broad Street
Lake Charles, Louisiana 706014
Telephone:   (337) 439-3939
Facsimile:   (337) 439-4504

Robin DeLeo
DELEO & RONQUILLO, L.L.P.
#1 Sanctuary Boulevard, Suite 303
Mandeville, Louisiana 70471
Telephone:   (985) 727-1664
Facsimile:   (985) 727-4388

Nick Wooten
ATTORNEY AT LAW
P.O. Box 290
Lafayette, Alabama 36862
Telephone:   (334) 864-2132
Facsimile:    (334) 864-2133


 /s/ *Eulis Simien, Jr.*
**Eulis Simien, Jr.** (Bar No. 12077)