UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KAY V. MYLES and VANESSA PRUITT GHORAM, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSON, | * CIVIL ACTION NO. 3:07-cv-00698-JJB-CN |
| Plaintiff, | |
| VERSUS | * JUDGE BRADY |
| WELLS FARGO BANK, N.A. | |
| Defendant. | * MAGISTRATE NOLAND |

## ORDER

Considering the Motion for Order Implementing Local Rule 83.4.1 filed herein on behalf of defendant, Wells Fargo Bank, N.A., and the Response of No Opposition (doc. 23);

**IT IS ORDERED** that the Motion be, and the same is hereby, GRANTED, and that the above captioned matter be, and the same is hereby, referred to the United States Bankruptcy for the Middle District of Louisiana.

Signed in Baton Rouge, Louisiana, on November 26, 2007.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

CC to USBC